UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States

v.

Devone Jefferys

-----------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
      AUSAs:
      Ryan C. Harris
      Nathan D. Reilly

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I ___Marion Seltzer___ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of ___Durkin & Roberts___ and a member in good standing of the bar(s) of the State(s) of ___New York___, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for ___Devone Jefferys___. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 11 October 2019

Respectfully submitted,

*Marion Seltzer* (signature)

Signature of Movant
Firm Name   MARION SELTZER, ESQ
Address   1725 York Avenue, Suite 16B
          New York, NY 10128
Email   marionseltzer23@gmail.com
Phone   (212) 289-8798

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

United States

      Plaintiff(s),

v.

Devone Jefferys

      Defendant(s).

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, __Shelby Sullivan-Bennis__, being duly sworn, hereby depose and say as follows:

1. I am an __attorney of Counsel__ with the law firm of __Durkin & Roberts__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __New York__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __have not__ been convicted of a felony. If you have, please describe facts and circumstances.
6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: __5364278__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __18 CR 359__ for __Devone Jefferys__.

Date __11 October 2019__,

Signature of Movant
Firm Name __Durking & Roberts__
Address __2446 North Clark St.__
__Chicago, IL 60614__

**NOTARIZED**

Email __shelby.sullivan.bennis@gmail.com__
Phone __(401) 660-6538__



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Shelby Marie Sullivan-Bennis** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 13th day of January 2016, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 20, 2019.

*Aprilanne Agostino*

Clerk of the Court